# ALABAMA COURT OF CRIMINAL APPEALS



July 19, 2024

**CR-2023-0551**
Thomas Michael Verbosh v. State of Alabama (Appeal from Morgan Circuit Court: CC-19-402)

# <u>NOTICE</u>

You are hereby notified that on July 19, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk